## PAIN *et al.* v. WYLIE *et al.*

No. 4358.   Opinion Filed February 11, 1913.

APPEAL AND ERROR—Settlement of Case-Made—Dismissal. A proceeding in error brought to this court on a case-made, where it does not appear from the record or otherwise that the defendant in error was present, either personally or by counsel, at the settlement, or that notice of the time thereof was served or waived, or what amendments suggested, if any, were allowed or disallowed, will be dismissed on motion of defendant in error.

(Syllabus by the Court.)

*Error from District Court, Kingfisher County;*
*James W. Steen, Judge.*

Action between G. S. Pain and others and R. W. Wylie and others. From the judgment, G. S. Pain and others bring error. Dismissed.

*McKeever, Walker & Church,* for plaintiffs in error.

*W. L. Moore,* for defendants in error.

HAYES, C. J.　The proceeding in error in this case is prosecuted by petition in error and case-made.　It does not appear from the record or otherwise that defendants in error were present, either in person or by counsel, at the settlement of the case-made, or that notice of the time and place of settlement was ever served upon or waived by defendants in error, or whether any amendments were suggested, and if any were suggested, what amendments were allowed or disallowed.　Under this condition of the record, the case-made must be treated as a nullity and the cause dismissed.　*First Nat. Bank of Collinsville v. Daniels,* 26 Okla. 383, 108 Pac. 748; *Cobb & Co. et al. v. Hancock,* 31 Okla. 42, 119 Pac. 627; *Lister et al. v. Williams,* 28 Okla. 302, 114 Pac. 255; *Richardson v. Thompson,* 33 Okla. 120, 124 Pac. 64; *Jones v. Jones, ante,* 130 Pac. 199.

All the Justices concur.